34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO:   117   155                                      DIVISION:

MARY KATHLEEN ROARK

VERSUS

WAL-MART STORES, INC.

MAR 0 1 2011

FILED   @12:35 P.m.

DEPUTY CLERK

## PETITION FOR DAMAGES AND PERSONAL INJURIES

NOW INTO COURT, through undersigned counsel, comes petitioner MARY

KATHLEEN ROARK, a person of the full age of majority and a resident of and domiciled in

St. Bernard Parish, State of Louisiana, who with respect alleges and avers as follows:

1.

The following party made defendant in this lawsuit and is made liable unto your

petitioner MARY KATHLEEN ROARK, jointly, severally and *in solid* in a sum in excess of

Fifty Thousand Dollars and No Cents ($50,000.00), together with legal interest thereon from date

of judicial demand until paid and for all costs of these proceedings:

A.    WAL-MART STORES, INC., (hereinafter referred to as "Wal-Mart"), upon

information and belief a foreign corporation authorized to do and in fact doing

business in the Parish of St. Bernard, State of Louisiana.

2.

Based upon information and belief at all times pertinent herein, defendant WAL-MART

had an ownership and/or management and/or leasehold interest in the property located at  8101

West Judge Perez Drive, Chalmette, Louisiana, including the parking lot area where this accident

occurred on March 4, 2010.

3.

On or about March 4, 2010, petitioner MARY KATHLEEN ROARK was a patron at

the Wal-Mart Store #909 located at 8101 West Judge Perez Drive, Chalmette, Louisiana. As she

was walking in the parking lot her foot struck metal pieces that were protruding from the

pavement, which caused her to fall and caused the injuries to petitioner as more fully described

below.

EXHIBIT

A

4.

The steel rod involved in this incident at Wal-Mart Store #909 located at 8101 West Judge Perez Drive, Chalmette, Louisiana was created by defendant's employees or was allowed to negligently remain in its condition by defendants' employees. Plaintiff had no knowledge and/or warning of the existence of this defect.

5.

The aforementioned unreasonable defect was either placed there by Wal-Mart's employees or by other customers of the store, and had been there for such a length of time that defendant's employees either knew or should have known of the existence of this defect and removed it from the area prior to plaintiff falling.

6.

The specific acts of negligence on the part of defendant **WAL-MART**, whose negligence was the sole and proximate cause of this accident, are averred to include, but are not limited to, the following:

a.    Creating and/or causing a dangerous condition to exist on its premises;

b.    Failing to use reasonable care commensurate with the foreseeable risk of harm to which persons were subjected;

c.    Failing to exercise reasonable and ordinary care under the circumstances;

d.    Negligently leaving the raised rod on its premises;

e.    Allowing this dangerous condition to go unnoticed by its employees;

f.    Failing to adequately warn petitioner of the perils and dangers of which defendant had knowledge or should have had knowledge, either directly of indirectly;

g.    Failing to properly inspect the premises and its surrounding area; and

h.    Any and all other acts of negligence and/or imprudence which may be proven during the investigation and/or at the trial of this matter.

7.

All of the above acts of negligence were in violation fo the laws of the State of Louisiana and applicable Parish Ordinances and building codes, which are hereby specifically pleaded and which are here by adopted by this reference as if set forth herein *in extenso*.

8.

As a result of the accident described in the foregoing, your petitioner **MARY KATHLEEN ROARI** suffered injuries to her right and left hands; facial abrasion; a non-displaced fracture of the right fifth metacarpal; right knee; neck and back pain, and numerous contusions and abrasions.

9.

As a direct result fo the accident described in the foregoing, your petitioner, **MARY KATHLEEN ROARK** has sustained general and special damages, which include but are not limited to, pain and suffering, mental anguish and distress, medical expenses, lost wages and/or loss of earning capacity, disability and loss of enjoyment of life.

**WHEREFORE** plaintiff **MARY KATHLEEN ROARK** respectfully prays that defendant **WAL-WART STORES, INC.** be served with a copy of this Petition for Damages, and be duly cited to appear and answer same, and that after due proceedings had there be judgment herein in favor of petitioner **MARY KATHLEEN ROARK**, and against the defendant **WAL-MART STORES, INC.**, jointly, severally and *in solido*, in a sum in excess of Fifty Thousand Dollars and No Cents ($50,000.00), together with legal interest from date of judicial demand until paid, and for all costs of these proceedings, including expert witness fees, and for all such general and equitable relief as law, equity and the nature of the case may permit.

Respectfully submitted,

LEONARD J. CLINE
LA BAR NO. 04201
3021 35th Street, Suite A
Metairie, LA 70001
(504) 838-8254
(504) 838-9146 (facsimile)
clinelaw@bellsouth.net
Attorney for Mary Kathleen Roark

**PLEASE SERVE:**

**WAL-MART STORES, INC.**
Through their agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

**A TRUE COPY**
**Lena R. Torres**
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

By

DEPUTY CLERK   MAR 3 1 2011
/S/Lisa L. Borden

 CT Corporation

**Service of Process
Transmittal**
03/21/2011
CT Log Number 518217174

TO:     Sheron Young, Operations Manager Legal Department
        Wal-Mart Stores, Inc.
        702 SW 8th Street
        Bentonville, AR 72716

RE:     **Process Served in Louisiana**

FOR:    Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mary Kathleen Roark, Petitioner vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 34th Judicial District Court, Parish of St. Bernard, LA<br>Case # 117-155 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - On 3/4/2010 at Wal-Mart Store #909 located at 8101 West Judge Perez Drive, Chalmette, LA, while walking in the parking lot petitioner's foot struck metal pieces that were protruding from the pavement, which caused her to fall and sustained injuries |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/21/2011 at 08:30 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days |
| **ATTORNEY(S) / SENDER(S):** | Leonard J. Cline<br>3021 35th Street<br>Suite A<br>Metairie, LA 70001<br>504-838-8254 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/21/2011, Expected Purge Date: 03/26/2011<br>Image SOP<br>Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Lisa Uttech<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT**

_B_

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 117155

DIVISION "C"

MARY KATHLEEN ROARK

VERSUS

WAL-MART STORES INC.

FILED: ___MAR 2 9 2011___
@ 10:55 Am

_____
DEPUTY CLERK
/S/Jennifer L. Matlock

## MOTION FOR EXTENSION OF TIME

Defendant, Wal-Mart Louisiana, LLC, improperly named as Wal-Mart Stores, Inc., moves this Court for an extension of time of thirty (30) days or until April 19, 2011 within which to file responsive pleadings, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

_____
THOMAS P. ANZELMO (Bar No. 2533)
DONNA BRAMLETT WOOD, (#22692)
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, McDANIEL & WELCH, LLC
3445 N. Causeway Boulevard, Suite 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
E-Mail: dbw@mcsalaw.com
ATTORNEYS FOR DEFENDANT

**FILED**

MAR 29 2011

_____
DEPUTY CLERK
ST. BERNARD PARISH
/S/Jennifer L. Matlock

## O R D E R

Considering the foregoing Motion:

**IT IS ORDERED** that defendant, Wal-Mart Stores, Inc. and/or Wal-Mart Louisiana, Inc., be and it is hereby granted an additional thirty (30) days or until April 19, 2011, within which to file responsive pleadings.

Chalmette, Louisiana, this 29th day of __March__, 2011.

**A TRUE COPY**

**Lena R. Torres**
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

_____
DEPUTY CLERK

_____
J U D G E

MAR 3 1 2011
/S/Lisa L. Borden

EXHIBIT
C

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all

counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this

_____ day of _____ March _____, 2011.

DONNA BRAMLETT WOOD