UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY KATHLEEN ROARK | CIVIL ACTION |
| VERSUS | NO. 11-701 |
| WAL-MART LOUISIANA, LLC | SECTION: L |

J U D G M E N T

This matter came on before the Court on previous days for trial by jury. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Mary Kathleen Roark, and against defendant, Wal-Mart Louisiana, LLC, in the amount of Eighty Thousand and No/100 ($80,000.00) Dollars, plus pre-judgment interest from the date of judicial demand as calculated under Louisiana state law, and post-judgment interest at the federal rate on the amount of the judgment and the amount of pre-judgment interest from the date of this judgment until paid and costs.

New Orleans, Louisiana, this 13th day of February, 2012.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**