UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY KATHLEEN ROARK | * | CIVIL ACTION NO: 2:11-cv-00701 |
| VERSUS | * | MAGISTRATE 2 |
| WAL-MART STORES, INC. | * | SECTION "L" |

* * * * * * * * * * * * * * * * *

## SATISFACTION OF JUDGMENT

**KNOW ALL MEN BY THESE PRESENTS:**

That I, Mary Kathleen Roark, plaintiff herein, through undersigned counsel, do hereby acknowledge receipt on this date from USAA funds in the amount of $83,088.49 which is in complete satisfaction and full and final discharge of the Jury Verdict rendered in Open Court on February 9, 2012, and confirmed by the Judgment of the Court on February 13, 2012, and in receipt of $7,792.94 in fulfillment of the Clerk of Court's award of costs to plaintiff on May 15, 2012. Accordingly, I do hereby authorize, empower, and request the Clerk of Court for the United States District Court to cancel and erase from the records of office any inscription of said Judgment as affecting all parties and to show upon the records that this serves as a full, final, and complete discharge of any and all Judgments rendered in this matter and a full dismissal of this

case.

      Thus done and signed on the \_1st\_ day of \_August\_, 2012 in New Orleans, Louisiana.

*Mary Kathleen Roark*
MARY KATHLEEN ROARK

Approved as to form and substance:

*Leonard Cline*
LEONARD J. CLINE
3021 35th Street
Suite A
Metairie, LA 70001